HARRY C. TOVANI v. CLEMENTINE A. TOVANI.

September 27, 1977. Petition for certification denied.

SHARON J. OMROD v.
NEW JERSEY DEPARTMENT OF CIVIL SERVICE.

September 27, 1977. Petition for certification denied. (See 151 *N. J. Super.* 54)

JOHN L. MOLNAR v. BOARD OF COMMISSIONERS OF THE BOROUGH OF HAWTHORNE.

September 27, 1977. Petition for certification denied.

STATE OF NEW JERSEY v. EARL ROBINSON.

October 11, 1977. Petition for certification denied. (See 139 *N. J. Super.* 58)

STATE OF NEW JERSEY v. ALBERT COMPOLATTARO, SR.

October 11, 1977. Petition for certification denied.